[No. 10933-2-I.   Division One.   May 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORIO
N. TABOTABO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-01917-6, Frank L. Sullivan, J., entered

November 14, 1981. *Affirmed in part* and *remanded* by unpublished opinion per Williams, J., concurred in by Ringold and Corbett, JJ.